UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONIA ORTEGA | : | |
| VS. | : | CIVIL ACTION NO. |
| COURTNEY E. MORAN | : | APRIL 6, 2021 |

### COMPLAINT

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is an adult resident of New Haven, Connecticut.

4. During all times mentioned in this complaint, the defendant was a Judicial Marshal employed as a law enforcement officer by the State of Connecticut and assigned to the Judicial District Courthouse located at 1061 Main Street in Bridgeport, Connecticut.

5. During all times mentioned in this Complaint, the defendant was acting

under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. At all times mentioned in this Complaint, the defendant acted jointly and in concert with other Judicial Marshals also employed at the same location, some or all of whom were under her supervision. The defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other Judicial Marshals, as well as of herself, but failed and refused to perform such duty, thereby proximately causing and/or exacerbating the injuries herein complained of.

7. At approximately noon on August 18, 2018, on the first floor lobby area of the aforesaid courthouse, the defendant needlessly and brutally attacked and assaulted the plaintiff while falsely accusing the plaintiff of having pushed her. She handcuffed the plaintiff much more tightly than would have been reasonable even had the arrest or detention been justified, which it was not. She dragged the plaintiff by those restraints to another area of the lobby. In the course of this brutality, the defendant inflicted bruises, abrasions and contusions on the plaintiff's arms, legs and scalp and caused the plaintiff to suffer pain, fear, humiliation and emotional distress.

8. In the manner described above, the defendant deprived the plaintiff of her right to be free from unreasonable force and thereby violated the Fourth and

Fourteenth Amendments to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees and costs.

THE PLAINTIFF

BY:      */s/*    *John R. Williams*
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com