UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SONIA ORTEGA
    Plaintiff

v.                                                          3:21CV485(JCH)

COURTNEY E. MORAN
    Defendant

## JUDGMENT

This matter came on for a bench trial, before the Honorable Jeffrey A. Meyer, United States District Judge. On January 2, 2024, a bench trial ruling was entered in favor of defendant, Courtney E. Moran, and denying plaintiff, Sonia Ortega's claims, in accordance with the court's Ruling.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered in accordance with the court's Bench Trial Ruling, for the defendant and against the plaintiff, and the case is closed.

Dated at New Haven, Connecticut, this 2nd day of January 2024.

                                                                     Dinah Milton Kinney, Clerk
                                                                      By /s/ Diahann Lewis
                                                                             Deputy Clerk

Entered on Docket 1/2/2024